```
QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700



Attorney for Defendant
KEITH LAMONT SMITH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-04-0132 LKK |
|---|---|
| Plaintiff, | ) |
|  | ) ORDER EXCLUDING TIME |
| v. | ) |
|  | ) |
| KEITH LAMONT SMITH, | ) Date:  June 7, 2005 |
|  | ) Time:  9:30 a.m. |
| Defendant. | ) Judge: Hon. Lawrence K. Karlton |
| _____ | ) |

    This matter came on for a Status Conference on May 24, 2005, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge.  The government was represented by its counsel, Assistant United States Attorney, William S. Wong.  The defendant KEITH LAMONT SMITH was present, in custody, represented by his counsel, Assistant Federal Defender, Jeffrey L. Staniels.

    The parties agreed to a further status conference on June 7, 2005, at 9:30 a.m. on this court's criminal calendar.  The exclusion of time

1  for trial under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4,
2  was agreed to on the record to permit the defense to complete
3  consideration and consultation in light of the court's denial of
4  defendant Smith's motion to suppress, and to obtain the results of
5  newly ordered investigation.
6      IT IS ORDERED that this matter be continued to June 7, 2005, on
7  this court's regular criminal calendar.  IT IS FURTHER ORDERED that the
8  period from May 24, 2005, to and including June 7, 2005, is excluded
9  from the time computations pursuant to 18 U.S.C. §3161(h)(8)(A) &
10 (B)(iv), Local Code T-4, due to ongoing investigation and preparation
11 of counsel.
12     **IT IS SO ORDERED**
13                              By the Court,
14
15 DATED: May 31, 2005            /s/Lawrence K. Karlton
                                  HONORABLE LAWRENCE K. KARLTON
16                                Senior Judge
                                  United States District Court