QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
KEITH LAMONT SMITH


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-04-0132 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER EXCLUDING TIME |
| v. | ) | |
| | ) | |
| KEITH LAMONT SMITH, | ) | Date: July 12, 2005 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. Lawrence K. Karlton |
| | ) | |
| _____ | ) | |

    This matter came on for a Status Conference on June 7, 2005, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge. The government was represented by its counsel, Assistant United States Attorney, William S. Wong. The defendant KEITH LAMONT SMITH was present, in custody, represented by his counsel, Assistant Federal Defender, Jeffrey L. Staniels.

    The parties agreed to a further status conference on July 12, 2005, at 9:30 a.m. on this court's criminal calendar. Defense counsel

1  announced Mr. Smith's present intention to change his plea at that
2  time. The exclusion of time for trial under 18 U.S.C. § 3161(h)(8)(A) &
3  (B)(iv), Local Code T-4, was agreed to on the record to permit the
4  defense to complete negotiations and consultation in anticipation of
5  such a change of plea.
6     IT IS ORDERED that this matter be continued to July 12, 2005, on
7  this court's regular criminal calendar.  IT IS FURTHER ORDERED that the
8  period from June 7, 2005, to and including July 12, 2005, is excluded
9  from the time computations pursuant to 18 U.S.C. §3161(h)(8)(A) &
10 (B)(iv), Local Code T-4, due to ongoing preparation of counsel.
11    **IT IS SO ORDERED**
12                              By the Court,
13
14 DATED: June 8, 2005              /s/ Lawrence K. Karlton
                                    HONORABLE LAWRENCE K. KARLTON
15                                  Senior Judge
                                    United States District Court