```
QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Keith Lamont Smith
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KEITH LAMONT SMITH, ) <br> ) <br> Defendant. ) <br> _____) | No. CR S-04-132 LKK <br><br> **PROPOSED ORDER** |

      The above captioned matter came on for status conference on July 12, 2005 at 9:30 a.m.  The government was represented by Assistant United States Attorney William Wong.  Defendant Smith was represented by Federal Defender Quin Denvir, appearing for Assistant Federal Defender Jeff Staniels.  The parties requested that the status conference be continued to August 2, 2005 at 9:30 a.m. and the Court so ordered.  The parties are conducting mutual investigation in order to attempt to resolve the case.  The parties agreed that time should be excluded through August 2, 2005 under Local Code T-4 and the Court so ordered.

```
DATED: July 15, 2005            /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                Senior United States District Judge
```