```
QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
KEITH LAMONT SMITH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:04-cr-0132 LKK |
| ) Plaintiff, ) | |
| ) | ORDER EXCLUDING TIME |
| v. ) | |
| ) | |
| KEITH LAMONT SMITH, ) | Date: August 16, 2005 |
| ) | Time: 9:30 a.m. |
| Defendant. ) | Judge: Hon. Lawrence K. Karlton |
| ) | |
| _____ ) | |

    This matter came on for a Status Conference on August 2, 2005, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge. The government was represented by its counsel, Assistant United States Attorney, William S. Wong. The defendant KEITH LAMONT SMITH was present, in custody, represented by his counsel, Assistant Federal Defender, Jeffrey L. Staniels.

    The parties agreed to a further status conference on August 16, 2005, at 9:30 a.m. on this court's criminal calendar. Defense counsel

announced Mr. Smith's present intention to change his plea at that time, subject to administrative approval by the government of a proposed disposition. The exclusion of time for trial under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4, was agreed to on the record to permit the defense to complete negotiations and consultation in anticipation of such a change of plea.

IT IS ORDERED that this matter be continued to August 16, 2005, on this court's regular criminal calendar.  IT IS FURTHER ORDERED that the period from August 2, 2005, to and including August 16, 2005, is excluded from the time computations pursuant to 18 U.S.C. §3161(h)(8)(A) & (B)(iv), Local Code T-4, due to ongoing preparation of counsel.

**IT IS SO ORDERED**

By the Court,

DATED: August 3, 2005              /s/Lawrence K. Karlton
                                   HONORABLE LAWRENCE K. KARLTON
                                   Senior Judge
                                   United States District Court

Order Excluding Time                    2