```
QUIN DENVIR, Bar #49374
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KEITH LAMONT SMITH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KEITH LAMONT SMITH, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR S 04-0132 LKK <br><br> STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME <br><br> Date:  August 16, 2005 <br> Time:  9:30 a.m. <br> Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney William S. Wong, counsel for plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant KEITH LAMONT SMITH, that the motions hearing date currently scheduled for August 16, 2005, at 9:30 a.m., be vacated, and that the matter be placed on this court's regular criminal calendar on August 23, 2005, at 9:30 a.m.

This continuance is sought in order to permit government counsel to obtain supervisory approval of a proposed disposition of the case.

**IT IS STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* continue to be excluded through from the filing of this stipulation through August 23, 2005, pursuant to 18

1 U.S.C. § 3161(h)(8)(B)(iv), Local Code T-4, for further time to
2 prepare, and § 3161(h)(1)(F), Local Code E, pending pre-trial motions.
3         The court is advised that counsel for the parties have
4 conferred and that Mr. Wong has authorized Mr. Staniels to sign this
5 stipulation on his behalf.
6         **IT IS SO STIPULATED.**
7
8 Dated: August 12, 2005          /S/William S. Wong
                                   William S. Wong
9                                  Assistant United States Attorney
                                   Counsel for Plaintiff
10
11
   Dated:  August 12, 2005         /S/ Jeffrey L. Staniels
12                                 JEFFREY L. STANIELS
                                   Assistant Federal Defender
13                                 Attorney for Defendant
                                   KEITH LAMONT SMITH
14
15                               **O R D E R**
16
       **IT IS SO ORDERED.**
17
                          By the Court,
18
19 Dated: August 15, 2004          /s/ Lawrence K. Karlton
                                   Hon. Lawrence K. Karlton
20                                 Senior United States District Judge
21
22
23
24
25
26
27
28

2