DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KEITH LAMONT SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:04-cr-00132 LKK |
| Plaintiff, | STIPULATION AND ORDER CONTINUING CASE |
| v. | Date: August 23, 2011 |
| KEITH LAMONT SMITH, | Time: 9:15 a.m. |
| Defendant. | Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** and agreed to between the United States of America through Paul Hemesath, Assistant United States Attorney, and KEITH LAMONT SMITH, by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, that the status conference (Admit-Deny Hearing) in the above captioned case be continued from August 23, 2011 to September 27, 2011.  This continuance is sought to permit the probation officer to continue to monitor Mr. Smith's performance in the cognitive behavioral treatment program recently authorized by the court, CR 78, and which Mr. Smith has recently commenced.

**IT IS ALSO STIPULATED** that time for trial under the Speedy Trial Act is not required with regard to these proceedings occasioned by the Supervised Release petition filed in this matter. CR 76.

**IT IS SO STIPULATED**.

Dated: August 22, 2011

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

    /s/ JEFFREY L. STANIELS
    JEFFREY L. STANIELS
    Assistant Federal Defender
    Attorney for Defendant
    KEITH LAMONT SMITH

Dated: August 22, 2011

    BENJAMIN B. WAGNER
    United States Attorney

    /s/ Paul Hemesath
    Paul Hemesath
    Assistant U.S. Attorney

**O R D E R**

The foregoing stipulation of counsel is accepted. The above captioned matter is ordered to be continued until September 27, 2011, at 9:15 a.m. on this court's regular criminal calendar.

IT IS SO ORDERED.

Dated: August 23, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT