```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KEITH LAMONT SMITH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:04-cr-00132 LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | CASE |
| v. ) | |
| ) | Date:  November 15, 2011 |
| KEITH LAMONT SMITH, ) | Time:  9:15 a.m. |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. ) | |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** and agreed to between the United States of America through Paul Hemesath, Assistant United States Attorney, and KEITH LAMONT SMITH, by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, that the status conference (Admit-Deny Hearing) in the above captioned case be continued from November 15, 2011 to January 10, 2012.  This continuance is sought to permit the probation officer to continue to monitor Mr. Smith's performance in the cognitive behavioral treatment program recently authorized by the court, CR 78, and which Mr. Smith has recently commenced, and to monitor the status of a pending state matter which is included among the violations.

1    **IT IS ALSO STIPULATED** that time for trial under the Speedy Trial Act
2 is not required with regard to these proceedings occasioned by the
3 Supervised Release petition filed in this matter. CR 76.
4    **IT IS SO STIPULATED**.
5 Dated: November 14, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ JEFFREY L. STANIELS
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
KEITH LAMONT SMITH

Dated: November 14, 2011

BENJAMIN B. WAGNER
United States Attorney

 /s/ Paul Hemesath
Paul Hemesath
Assistant U.S. Attorney

**O R D E R**

The foregoing stipulation of counsel is accepted. The above captioned matter is ordered to be continued until January 10, 2012, at 9:15 a.m. on this court's regular criminal calendar.

IT IS SO ORDERED.

Dated: November 14, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT