DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KEITH LAMONT SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:04-cr-00132 LKK |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | CASE |
| v. | ) | |
| | ) | |
| KEITH LAMONT SMITH, | ) | Date:  January 10, 2012 |
| | ) | Time:  9:15 a.m. |
| Defendant. | ) | Judge: Hon. Lawrence K. Karlton |
| | ) | |
| _____ | ) | |

   **IT IS HEREBY STIPULATED** and agreed to between the United States of America through Paul Hemesath, Assistant United States Attorney, and KEITH LAMONT SMITH, by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, that the status conference (Admit-Deny Hearing) in the above captioned case be continued from January 10, 2012 to March 6, 2012.  This continuance is sought to permit the recently assigned new probation officer to continue to monitor Mr. Smith's performance in the cognitive behavioral treatment program recently authorized by the court, CR 78, and which Mr. Smith has recently commenced, and to monitor the status of a pending state matter which is

1   included among the violations.

2       **IT IS ALSO STIPULATED** that time for trial under the Speedy Trial Act

3   is not required with regard to these proceedings occasioned by the

4   Supervised Release petition filed in this matter. CR 76.

5       **IT IS SO STIPULATED**.

6   Dated: January 9, 2012

                                    Respectfully submitted,
7
                                    DANIEL J. BRODERICK
8                                   Federal Defender

9                                   /s/ JEFFREY L. STANIELS
                                    JEFFREY L. STANIELS
10                                  Assistant Federal Defender
                                    Attorney for Defendant
11                                  KEITH LAMONT SMITH

12
    Dated: January 9, 2012
13
                                    BENJAMIN B. WAGNER
14                                  United States Attorney

15                                   /s/ Paul Hemesath
                                    Paul Hemesath
16                                  Assistant U.S. Attorney

17

18                    **O R D E R**

19      The foregoing stipulation of counsel is accepted.  The above

20  captioned matter is ordered to be continued until March 6, 2012, at 9:15

21  a.m. on this court's regular criminal calendar.

22          IT IS SO ORDERED.

23

24  Dated: January 9, 2012

25
                                    LAWRENCE K. KARLTON
26                                  SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
27

28

Smith Stip/Order              -2-