```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   KEITH LAMONT SMITH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:04-cr-00132 LKK |
| Plaintiff, | STIPULATION AND ORDER CONTINUING CASE |
| v. | |
| KEITH LAMONT SMITH, | Date: March 27, 2012 |
| | Time: 9:15 a.m. |
| Defendant. | Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** and agreed to between the United States of America through Paul Hemesath, Assistant United States Attorney, and KEITH LAMONT SMITH, by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, that the status conference (Admit-Deny Hearing) in the above captioned case be continued from March 27, 2012 to June 5, 2012, or as soon thereafter as the court may hear the matter. This continuance is sought to permit the probation officer, Glenn Simon, to continue to monitor Mr. Smith's performance in the cognitive behavioral treatment program authorized by the court, CR 78, and to monitor the status of an unresolved and pending state matter which is included among the violations. Defense counsel has conferred both with Mr. Hemesath and with Mr. Simon, both of whom concur in this proposed action.

**IT IS ALSO STIPULATED** that time for trial under the Speedy Trial Act is not required with regard to these proceedings occasioned by the Supervised Release petition filed in this matter. CR 76.

**IT IS SO STIPULATED**.

Dated: March 22, 2012

                        Respectfully submitted,

                        DANIEL J. BRODERICK
                        Federal Defender

                        /s/ JEFFREY L. STANIELS
                        JEFFREY L. STANIELS
                        Assistant Federal Defender
                        Attorney for Defendant
                        KEITH LAMONT SMITH

Dated: March 22, 2012

                        BENJAMIN B. WAGNER
                        United States Attorney

                         /s/ Paul Hemesath
                        Paul Hemesath
                        Assistant U.S. Attorney

**O R D E R**

The foregoing stipulation of counsel is accepted. The above captioned matter is ordered to be continued until June 5, 2012, at 9:15 a.m. on this court's regular criminal calendar.

**IT IS SO ORDERED.**

Dated: March 23, 2012            _/s/ Lawrence K. Karlton_
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT