DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KEITH LAMONT SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:04-cr-00132 LKK |
| ) | |
| Plaintiff, ) | ORDER DROPPING MATTER FROM |
| ) | CALENDAR |
| v. ) | |
| ) | |
| KEITH LAMONT SMITH, ) | Date: June 5, 2012 |
| ) | Time: 9:15 a.m. |
| Defendant. ) | Judge: Hon. Lawrence K. Karlton |
| _____ ) | |

   The court was made aware by a recently submitted superseding supervised release violation petition docketed as CR 89 in this matter, that Mr. Smith has been charged in Sacramento Superior Court with participating in a recent attempted robbery.  The court has now been advised by defense counsel that his inquiry has determined that the defendant is in primary state custody in lieu of bail as the result of that arrest, and that the United States Marshal has caused a federal detainer to be lodged on the basis of this pending supervised release matter.

   For these reasons the court finds that the defendant is not

1  available to be brought before the court at this time and the clerk is
2  directed to drop this matter from the court's June 5, 2012, criminal
3  calendar.
4      **IT IS SO ORDERED.**
5                                   By the court,
7  Dated: May 31, 2012
                  LAWRENCE K. KARLTON
                  SENIOR JUDGE
                  UNITED STATES DISTRICT COURT